# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RED ROCK ANALYTICS, LLC, § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., SAMSUNG SEMICONDUCTOR, § INC., and SAMSUNG AUSTIN § SEMICONDUCTOR, LLC, § § *Defendants*. § § | Case No. 2:17-CV-00101-RWS-RSP |

## **MEMORANDUM ORDER**

Before the Court is parties' joint motion [Dkt. No. 262] to withdraw Defendants' proposed Renewed Motion to Exclude Testimony of Roy Weinstein [Dkt. No. 234]. The parties agree that the proposed renewed *Daubert* motion is rendered moot by Plaintiff's agreement to withdraw Weinstein's fully paid-up damages model, and thus the parties urge the Court to deny the proposed renewed *Daubert* motion without prejudice to re-filing the motion should the trial be continued. [Dkt. No. 262]. Given the parties' apparent agreement, the Court **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that Defendants' proposed Renewed Motion to Exclude Testimony of Roy Weinstein [Dkt. No. 234] is **DENIED WITHOUT PREJUDICE** to re-filing should the trial date be continued. Defendants must seek leave of Court to file such motion.

**SIGNED this 28th day of March, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE